IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSE EDUARDO ARGUETA-SANCHEZ, | § § § | |
| Petitioner, | § § | |
| V. | § § | No. 3:26-CV-380-D-BW |
| KRISTI NOEM, et al., | § § | |
| Respondents. | § | Referred to U.S. Magistrate Judge[1] |

## ORDER AND INSTRUCTIONS TO PARTIES
## IN A MOTION UNDER 28 U.S.C. § 2241

Petitioner Jose Eduardo Argueta-Sanchez, an immigration detainee, has filed a Petition for Writ of Habeas Corpus, filed on February 12, 2026. (Dkt. No. 1). Pleadings and briefs are required or permitted as follows:

SERVICE OF PROCESS. The Clerk shall serve a true copy of this order on Petitioner. True copies of this order, the petition, any memorandum in support, and any other relevant orders shall be served electronically on the United States Attorney for the Northern District of Texas.[2] *See* Fed. R. Crim. P. 49(b); Fed. R. Civ. P. 5(b)(2)(D).

RESPONSIVE PLEADINGS. The United States Attorney shall file an answer or response to the petition within **SIXTY DAYS** of the date of service of this order. The answer or response should be captioned appropriately, and not as a motion to dismiss, motion for summary judgment, or other motion seeking judgment as a matter of law. The United States Attorney shall serve a copy of the answer or response and any brief on Petitioner and shall file a certificate with the Clerk evidencing service.

PETITIONER'S REPLY. Petitioner may submit a reply brief to the respondent's answer or other pleading within **THIRTY DAYS** from date of service of the answer or other pleading.

---

[1] This habeas case has been automatically referred to the undersigned magistrate judge for case management by Special Order 3-251. (*See* Dkt. No. 3.)

[2] Such service shall be directed to the attention of the Civil Chief of the United States Attorney's Office.

BRIEFS.  Briefs should be double-spaced.  Each argument with supporting citations advanced in the brief should clearly specify the specific ground or numbered paragraph of the pleading it seeks to support or oppose.  A copy of any brief must be served by mail on the opposing party or counsel, if represented by counsel, and a certificate reflecting service shall be included in the brief.

CHANGE OF ADDRESS.  Petitioner must immediately notify the Court of any change of address and its effective date by filing a notice entitled "Notice to the Court of Change of Address."  The notice should contain *only* information about the change of address and effective date.

      **SO ORDERED** on February 13, 2025.

_____
BRIAN McKAY
UNITED STATES MAGISTRATE JUDGE