UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSE EDUARDO ARGUETA, SANCHEZ, | § § § | |
| Petitioner, | § § | |
| v. | § § § | CIVIL ACTION NO. 3:26-CV-0380-E-BW |
| KRISTI NOEM et al., | § § § | |
| Defendants. | § | |

## **ORDER**

Now Before the Court is Petitioner's Motion for Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 12(c). Having considered the Motion, the pleadings, and the applicable law, the Court finds that the material facts are not in dispute and that Petitioner is entitled to judgment as a matter of law on Count I of the Petition under *Sosnava Rodriguez v. Ortega,* No. 26-50183, 2026 WL 1906557 (5th Cir. July 2, 2026). The Motion is GRANTED.

It is therefore ORDERED that:

1. Respondents shall provide Petitioner Jose Eduardo Argueta-Sanchez, A# 216-273-671, within seven (7) days of this Order, a bond hearing before a neutral decision-maker at which the Government bears the burden of articulating an individualized justification for further detention without bond, or release Petitioner by that date; and

2. The Parties shall file a joint status update within two (2) days of the hearing or release, whichever occurs first, informing the Court of the result and Petitioner's custody status.

Should either Party need to provide the Court with facts or circumstances that may affect the outcome of this action, it may do so no later than Monday, August 3, 2026.

SO ORDERED, this 31st day of July 2026.