IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSE EDUARDO ARGUETA-SANCHEZ, | § § § § § § § § § § § § § | |
| *Petitioner*, | | |
| v. | | No. 3:26-CV-0380-X-BW |
| KRISTI NOEM, *Secretary of the U.S. Department of Homeland Security*, et al., | | |
| *Respondents*. | | |

## **MEMORANDUM OPINION AND ORDER**

Before the Court is Petitioner Jose Eduardo Argueta-Sanchez's emergency motion for immediate release and motion for judgment on the pleadings. (Docs. 12, 13). After carefully considering the motions and the applicable law, the Court **DENIES** both motions.

Argueta-Sanchez's motion for immediate release suffers from multiple defects. But its central defect is that it relies on case law that had been vacated 14 days before the filing of his motion.[1]  And in *Buenrostro-Mendez v. Bondi* the Fifth Circuit upheld the government's mandatory-detention policy under 8 U.S.C. § 1225.[2] Accordingly, Argueta-Sanchez's motion for immediate release is **DENIED.**

---

[1] Doc. 12 at 1 (citing *Rodriguez v. Ortega*, 180 F.4th 702 (5th Cir. July 2, 2026), *reh'g en banc granted*, *opinion vacated*, 181 F.4th 608 (5th Cir. July 10, 2026)).

[2] 166 F.4th 494, 498 (5th Cir. 2026).

Next, Argueta-Sanchez's motion for judgment on the pleading relies on the same vacated case law.[3]   The briefing on the underlying habeas corpus petition is ripe and before Magistrate Judge McKay for review.   Accordingly, Argueta-Sanchez's motion for judgment on the pleadings is **DENIED.**

Accordingly, the Court **DENIES WITH PREJUDICE** Argueta-Sanchez's motions.   His underlying habeas petition remains pending.

**SO ORDERED** this 14th day August, 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[3] Doc. 13 at 1.

2